# In The United States Court of Federal Claims

No. 11-681C

(Filed: November 3, 2011)

_____

ANNETTE E. JONES, et al.,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 14, 2011, plaintiffs filed a motion to certify class action. All further briefing on plaintiffs' motion is hereby **STAYED**, subject to further order.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge