# In The United States Court of Federal Claims

No. 11-681C

(Filed: December 7, 2011)

_____

ANNETTE E. JONES, et al.,

      Plaintiffs,

  v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On December 5, 2011, defendant filed an unopposed motion for a 45-day enlargement to and including January 27, 2012, to respond to plaintiffs' complaint. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly, on or before **February 10, 2012**, defendant shall respond to plaintiffs' complaint. **No further enlargements of time will be granted**.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge