# In The United States Court of Federal Claims

No. 11-681C

(Filed: April 11, 2012)

_____

ANNETTE E. JONES, et al.,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A telephonic preliminary status conference will be held in this case on Friday, April 27, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge