# In The United States Court of Federal Claims

No.  11-681C

(Filed:  April 30, 2012)

_____

ANNETTE E. JONES, et al.,

          Plaintiffs,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On April 20, 2012, a preliminary status conference was held in this case.  Participating in the conference were Ira M. Lechner, on behalf of plaintiff, and Daniel Gene Kim, on behalf of defendant.  Pursuant to discussions during the conference, the court hereby orders the following:

1.      On or before May 14, 2012, defendant shall file its partial motion to dismiss for lack of subject matter jurisdiction;

2.      Defendant shall file a status report notifying the court within two weeks of a ruling on plaintiff's motion for class certification in *Gross v. United States*, No. 11-715C (Fed. Cl., Feb. 15, 2012); and

3.      Discovery in this case is hereby **STAYED** until further order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge