# In The United States Court of Federal Claims

No.  11-681C

(Filed:  October 22, 2013)

_____

ANNETTE E. JONES, et al.,

                   Plaintiffs,

   v.

THE UNITED STATES,

                   Defendant.

_____

**ORDER**

_____

On October 2, 2013, this court granted defendant's motion to dismiss those claims for back-pay that accrued prior to October 14, 2005.  On or before November 20, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**


s/ Francis M. Allegra
Francis M. Allegra
Judge