# In The United States Court of Federal Claims

No. 11-681C

(Filed: November 21, 2013)
_____

ANNETTE E. JONES, et al.,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On November 20, 2013, the parties filed a joint status report requesting this court to lift the November 3, 2011, stay on plaintiffs' motion for class certification and setting forth a proposed schedule. Plaintiffs also filed a renewed motion for class certification. The court hereby removes the stay on class certification and adopts the parties' proposed schedule for considering plaintiffs' renewed motion. Accordingly:

1.     On or before January 3, 2014, defendant shall file its response; and

2.     On or before January 20, 2014, plaintiffs shall file their reply.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge